# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
████████████████████ )  ASBCA No. 60829
)
Under Contract No. W91B4M-07-C-7167 )

APPEARANCE FOR THE APPELLANT:  ████████████
President

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Douglas A. Reisinger, JA
Trial Attorney

## ORDER OF DISMISSAL

On September 7, 2017, the Board ordered appellant that, by September 22, 2017, appellant show cause why the appeal should not be dismissed under Board Rule 17 for appellant's failure to respond to the government's June 22, 2017, motion for summary judgment. Appellant failed to file anything in response to that September 7, 2017, order. The appeal is dismissed with prejudice under Board Rule 17.

Dated: 30 October 2017

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60829, Appeal of █████████ ████████████, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals